# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135896

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                       SC: 135896
                                       COA: 279144
                                       Bay CC: 98-001264-FH
                                                  98-001265-FH

RICHARD CONRAD WITBRODT,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the January 11, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2008 _____     _____
                                                    Clerk

s0828